JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIGUEL VALENZUELA, | ) | Case No. EDCV 12-02149-VAP (DTBx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| WELLS FARGO BANK, N.A., AND DOES 1-10, INCLUSIVE, | ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: January 14, 2013

_____
VIRGINIA A. PHILLIPS
United States District Judge